1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 WILLIAM HELM, DEBORAH PRISE,          ) No.  CV 08-01184 SI
   HEATHER P. RADY, et al., on behalf of )
15 themselves and all other employees and former )
   employees similarly situated,         ) **[PROPOSED] ORDER CONTINUING**
16                                       ) **DATE FOR CASE MANAGEMENT**
                                         ) **CONFERENCE**
17         Plaintiffs,                   )
                                         )
18    vs.                                )
                                         )
19 ALDERWOODS GROUP, INC., PAUL A.       )
   HOUSTON, SERVICE CORPORATION          )
20 INTERNATIONAL, SCI FUNERAL AND        )
   CEMETERY PURCHASING                   )
21 COOPERATIVE, INC., SCI EASTERN        )
   MARKET SUPPORT CENTER, L.P., SCI      )
22 WESTERN MARKET SUPPORT CENTER,        )
   L.P., a/k/a SCI WESTERN MARKET        )
23 SUPPORT CENTER, INC., and SCI         )
   HOUSTON MARKET SUPPORT CENTER,        )
24 L.P.                                  )
                                         )
25         Defendants.                   )
   _____)
26

27

28 [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                    1

   Case No.:  CV 08-01184 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this Court.

**IT IS SO ORDERED.**

Dated:_____  _____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
2

Case No.: CV 08-01184 SI